■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

GREGORY GORNEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Forma, J.—criminal possession of stolen property, third degree.) Present—Doerr, J. P., Boomer, Green, Pine and Lawton, JJ.